# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 28, 2015

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX  78711

   Re: Cuong Phu Le
     v. Texas
     No. 15-6725
     (Your No. PD-0605-14)

Dear Clerk:

  The petition for a writ of certiorari in the above entitled case was filed on October 26, 2015 and placed on the docket October 28, 2015 as No. 15-6725.

      Sincerely,

      Scott S. Harris, Clerk

      *Michelle Marshall*
      Michelle Marshall
      Case Analyst

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 02 2015

Abel Acosta, Clerk